# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00539-CV

**Board of Regents of the Texas State University System, Alan Dreeben, Kent Adams, Don Flores, Jimmy Hayley, Dora Alcala, John Dudley, Bernie Francis, Pollyanna Stephens, and Chancellor Charles Matthews, Appellants**

**v.**

**Lamar Urbanovsky, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT NO. GN502558, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss their appeal, stating that they have settled their dispute with appellee. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellants' Motion

Filed:   January 27, 2006